IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                    )<br>)<br>GREGORY ABBOTT, *et al.*,      )<br>)<br>Defendants         ) | Criminal No. 19-mj-6087-MPK-19 |

GOVERNMENT'S MOTION TO QUASH ARREST
WARRANT FOR DAVINA ISACKSON

The United States of America, by Andrew E. Lelling, United States Attorney, and Justin D. O'Connell, Assistant United States Attorney for the District of Massachusetts, moves the Court for an Order quashing the arrest warrant of defendant Davina Isackson. This motion is made in the interest of justice since to the defendant self-reported to the court this morning.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Justin D. O'Connell
JUSTIN D. O'CONNELL
Assistant U.S. Attorney

Date: March 18, 2019